AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

AMETHYST ENTERPRISE INC.,
a Florida Corporation, and
AMETHYST DISTRIBUTORS, LLC,
a Florida Limited Liability Company

*Plaintiff(s)*

v.

PALMETTO SNACK SHOP INC,
a Florida Corporation

*Defendant(s)*

Civil Action No. 26-cv-27434-Altman

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PALMETTO SNACK SHOP INC
1365 W 49 St
Hialeah FL 33012
Attn: Carlos M. Fornos

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kaustubh Nadkarni, Esq.
Nadkarni Law PLLC
1900 N. Bayshore Drive, Unit 1A, Suite 140
Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Angela E. Noble
Clerk of Court

*s/ C. A. Weech*

Deputy Clerk
U.S. District Courts

Date: Oct 21, 2026

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

AMETHYST ENTERPRISE INC.,
a Florida Corporation, and
AMETHYST DISTRIBUTORS, LLC,
a Florida Limited Liability Company

*Plaintiff(s)*

v.

PALMETTO SNACK SHOP INC,
a Florida Corporation

*Defendant(s)*

Civil Action No. 26-cv-27434-Altman

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PALMETTO SNACK SHOP INC
1950 S.W. 123rd Avenue
Miami, FL 33175
Attn: Carlos M. Fornos

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kaustubh Nadkarni, Esq.
Nadkarni Law PLLC
1900 N. Bayshore Drive, Unit 1A, Suite 140
Miami, FL 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Oct 21, 2026

*s/ C. A. Weech*

Deputy Clerk
U.S. District Courts